Irving Cantor, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

Samuel Weisshar, Respondent, v. Beatrice Cantor and Irving Cantor, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

Florence Arbuckle, Appellant, v. Mary L. Doody and Others, Respondents.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

Henry N. Beers, Respondent, v. Henry G. Hotchkiss and Gladys Hotchkiss, His Wife, Respondents, and Hilaire E. Campbell and Katherine Campbell, His Wife, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

Colonial Financial Corporation, Respondent, v. Joseph M. Harnell and Another, Appellants, and Others, Defendants.— Motion for stay denied, with leave to renew if the appeal is not decided before the date fixed for the resale. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

James Criscuolo, Appellant, v. Sebastian Durr, as Treasurer, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

William A. DeGroot, Respondent, v. Brooklyn Daily Times, Appellant.— Motion to extend defendant's time to answer or to move with respect to the complaint granted until ten days after the determination of the appeal. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

Elvin Trucking Corporation, Appellant, v. Samuel Fiminella and Others, Respondents.— Application denied upon condition that the parties stipulate to try the matter at Special Term on Monday, November 24, 1930; otherwise, application granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

Isador Fader, Appellant, v. Augusta Kaczka, Respondent. Jacob Miller, Defendant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

Sam Garfinkel, Respondent, v. Abraham Reisman, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

Margaret Immerman, Respondent, v. Conrad Immerman, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required for the Purpose of Establishing a Public Beach between the Southerly Prolongation of the Easterly Side of Ocean Parkway and the Prolongation of the Westerly Line of West Thirty-seventh Street, etc. Theodore W. Kramer and Others, Appel-

lants; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required for the Purpose of Establishing a Public Beach between the Southerly Prolongation of the Easterly Line of Ocean Parkway and the Prolongation of the Westerly Line of West Thirty-seventh Street, etc. THEODORE W. KRAMER and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Did the colonial grants to the town of Gravesend, by virtue of the southerly boundary given therein, to wit, the "main ocean," vest title in the town of Gravesend to the land between the high and low-water marks of the ocean? Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of JOHN ERTEL for Payment of an Award Made for Parcel Lot No. 58, Block 4753, on the Damage Map and in the Final Decree of the Supreme Court as to Damage in a Proceeding to Acquire Title by the CITY OF NEW YORK to Certain Lands and Premises Located on the Northwesterly Side of Avenue B, between East Ninety-third Street and East Ninety-fourth Street, Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to confirm report of official referee granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM FINDLAY and JEREMIAH WOOD, as Administrators, etc., of JOHN FINDLAY, Deceased. ALFRED BROOKS, Appellant; WILLIAM FINDLAY and JEREMIAH WOOD, as Administrators of JOHN FINDLAY, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of CATHERINE GARLAND and BARTHOLOMEW NESTOR for Payment of the Award Made for Damage Parcel No. 2 in the Proceeding Brought by THE CITY OF NEW YORK Entitled "In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on the Easterly Side of One Hundred and Thirty-sixth Street (Highland Avenue) between Fifty-eighth Road (Douglas Street) and Fifty-eighth Avenue (Cameron Street), Queens Borough Hill, Flushing, in Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law."— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of JAMES LEKACOS for Payment of Award Made for Damage Parcel No. 13 on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit, in the Proceeding to Acquire Title to Certain Lands and Premises Consisting of the Block Bounded by Deisius Street, Kingdom Avenue, Eylandt Street and Stecher Street, Huguenot, Borough of Richmond, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of MAURICE F. MILLER for an Order of